IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRI QUALLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:16-cv-224-DRH-DGW |
| ) | |
| PRARIE STATE MINE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

On April 6, 2016, this Court set a scheduling conference to occur on April 28, 2016 (Doc. 9). Plaintiff's counsel, William J. Meacham failed to appear at the conference (Doc. 10). On that same day, this Court issued an Order to Show Cause directing Mr. Meacham to appear, in person and on May 6, 2016, and indicate why sanctions should not issue for failing to appear (Doc. 11). Mr. Meacham failed to appear at the May 6, 2016 hearing.

The Court also has been informed that Mr. Meacham's membership in the Court's bar has been made inactive (*See* Doc. 33 in *Hempstead v. Davis, et al.,* 3:15-cv-68-SMY-PMF). Attorney Meacham has not entered an appearance, as required by Local Rule 83.1(f), nor has he sought to appear *pro hac vice* and pay the applicable fee, as required by Local Rule 83.1(b), in this matter. The Clerk of Court attempted to contact Mr. Meacham; however, his telephone has been disconnected. Defendant's counsel, Mr. Adam C. Doerr, represents that Mr. Meacham has spoken to him on at least two occasions and that he was aware of the hearing set for May 6, 2016. Mr. Meacham contacted the Court and the Clerk's Office on May 9, 2016. However, he has not rectified the defects in his representation of Plaintiff in this Court and a phone call, seeking the

Clerk's and the Court's guidance, is insufficient.  The Court finds that Attorney Meacham has ignored the Orders of this Court and that he is in violation of Local Rule 83.1.

**IT IS HEREBY ORDERED** that, pursuant to the inherent power of the Court, Attorney William J. Meacham be **STRICKEN** as an attorney of record in this matter.  The Clerk of Court is **DIRECTED** to mail a copy of this Order to Attorney Meacham at his last known address and terminate notifications of electronic filings as to this matter.

**IT IS FURTHER ORDERED** that the Clerk of Court mail to Plaintiff, Terri Qualls, a copy of this Order, return receipt requested, at her last known address.  This matter is **SET** for an in person hearing on **May 20, 2016** at **10:30 a.m.** in Courtroom 4 of the Federal Courthouse in East St. Louis, Illinois.  Plaintiff, Terri Qualls, is **ORDERED** to appear, **in person**.  Plaintiff is **WARNED** that the failure to appear at the May 20, 2016 hearing may result in dismissal of this action, with prejudice, for the failure to prosecute.  Such dismissal may occur without any further warning.  Defendant may, but is not required, to appear.  Plaintiff should be prepared to discuss whether she will be retaining new counsel or whether she will proceed *pro se*.

**IT IS SO ORDERED.**

**DATED: May 9, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Donald Wilkerson*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DONALD G. WILKERSON**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**