IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRI QUALLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:16-cv-224-DRH-DGW |
| ) | |
| PRARIE STATE MINE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

On May 20, 2016, this Court held an in person hearing where Plaintiff, Terri Qualls, appeared in person along with Adam Doerr, Defendant's attorney. Plaintiff's former attorney, William Meacham, contacted the Clerk of Court prior to the hearing and indicated that he was on his way, but that he would be late because he was lost (Mr. Meacham was arriving from Edwardsville, Illinois, a location less than 30 miles distant from the Courthouse in East St. Louis, Illinois). The Court informed the parties at the hearing of Mr. Meacham's phone call and suspended the proceedings until Mr. Meacham's arrival. Mr. Meacham arrived at the hearing, late, and the hearing restarted.

By way of background, Mr. Meacham was made an inactive member of the Court's bar in another matter because he failed to comply with an Order of the Court. (*See* Doc. 33 in *Hempstead v. Davis, et al.,* 3:15-cv-68-SMY-PMF). Mr. Meacham subsequently failed to comply with Local Rule 83.1(b) or (f) in this matter by failing to either enter an appearance or proceed *pro hac vice*. He failed to fully cooperate in the creation and submission of a Joint Report of Parties. He failed to appear at a telephonic scheduling conference and failed to appear at a show cause hearing that was set for May 6, 2016. He was then stricken as an attorney of record in

this matter and the May 20, 2016 hearing was set to determine how Plaintiff wished to proceed.[1]

At the May 20, 2016 hearing, Plaintiff indicated that she still wanted Mr. Meacham to represent her in these proceedings. The Court told Mr. Meacham that he must enter an appearance, by close of business on May 20, 2016, in order to represent Plaintiff in these proceedings. The Court also informed Mr. Meacham that a pending Motion to Dismiss had not been responded to and that he should seek an extension of time to file an untimely response. As the Court observed at that hearing, Mr. Meacham appeared to understand the Court's directions.

As of the date of this Order, Mr. Meacham has failed to enter an appearance in this matter. On May 31, 2016, however, he filed what purports to be a response to the Motion to Dismiss (Doc. 16). That response is wholly deficient in more obvious ways than the Court is inclined to point out. It is hereby **STRICKEN**. Mr. Meacham's actions have unreasonably delayed these proceedings.

Plaintiff, Terri Qualls, is now informed that she is proceeding *pro se* in this matter in light of Attorney Meacham's failure to follow the simple directions of the Court. Plaintiff is **DIRECTED** to file a response to the Motion to Dismiss by **July 5, 2016**. Plaintiff is **WARNED** that the failure to respond by the deadline may result in dismissal of this action. If Plaintiff elects to retain another attorney, she should be sure to inform that attorney of the July 5, 2016 deadline. That attorney should promptly enter an appearance in this matter. In order to assist Plaintiff in litigating this matter, Plaintiff may download the Pro Se Litigant's Handbook, located on the Court's webpage, www.ilsd.uscourts.gov.

The Clerk of Court shall mail a copy of this Order to Mr. Meacham at his last known address. In light of Mr. Meacham's failure to comply with the Orders of the Court, his failure to

---

[1] The Court notes that Mr. Meacham has contacted the Clerk of Court of multiple occasions and has since been reinstated as a member of the Court's bar.

arrive promptly to scheduled hearings, his failure to prosecute this matter in an acceptable or competent manner, and his failure to zealously represent Plaintiff's interest, the Clerk of Court is also directed to mail a copy of this Order to the Illinois Attorney Registration and Disciplinary Commission.[2]

**IT IS SO ORDERED.**

**DATED: June 3, 2016**

**DONALD G. WILKERSON**
**United States Magistrate Judge**

---

[2] 3161 W. White Oaks Dr., Ste. 301, Springfield, IL 62704.