IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TERRI QUALLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:16-cv-224-DRH-DGW |
| | ) | |
| PRARIE STATE MINE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

On July 13, 2016, an Order to Show Cause was issued directing Plaintiff's former counsel, William Meacham, to show cause in person on July 20, 2016, why he should not be held in contempt of court for failing to comply with the Federal Rules of Civil Procedure, the Local Rules, and the Orders of the Court (Doc. 27). Mr. Meacham, who was told to appear promptly, failed to appear by 3:30 p.m., the time of the hearing. His name was called three times by the Courtroom Security Officer in the hallway outside of the Courtroom and no answer was received. The Court concluded the hearing and noted on the record that Mr. Meacham had not appeared. The Court subsequently was informed by the Clerk that Mr. Meacham appeared at the Courthouse after 4:00 p.m., claiming to have become lost; and, Mr. Meacham subsequently contacted chambers and explained, in great detail, how he had lost his way to the Courthouse.

The Court is inclined to waste no further time on Mr. Meacham and his apparent inability to follow simple instructions and the Rules that govern the proceedings in this Court. Mr. Meacham's infractions have been outlined in previous Orders and will not be repeated here. As such, and lest there be any confusion, Mr. Meacham is **NOT PERMITTED** to participate in any way in the above case as Plaintiff's counsel. Mr. Meacham is **NOT PERMITTED** to file

anything on behalf of Plaintiff in the above captioned matter or allow anyone to file anything in this matter using his CM/ECF login.   Mr. Meacham is **NOT PERMITTED** to address the Court in this matter, at all.   **Plaintiff, Terri Qualls, is proceeding *pro se* and Mr. Meacham has been terminated as an attorney of record in this matter.**   Should Mr. Meacham fail to obey this Order, he will be found in contempt of Court and sanctions will issue with no further warning. The Show Cause Order (Doc. 27), while not being satisfied, is nonetheless **DISCHARGED**.

The Clerk of Court is directed to mail a copy of this Order to Mr. Meacham at his last known address.   The Court expects to hear nothing further from Mr. Meacham regarding this matter.

**IT IS SO ORDERED.**

**DATED: July 22, 2016**

                                            **DONALD G. WILKERSON**
                                            **United States Magistrate Judge**